UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIO SOLORZANO, et al.,

    Plaintiffs,

v.

OLGA MIRANDA, et al.,

    Defendants.

_____/

No. C 13-4628 PJH

**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND AND VACATING HEARING**

    Before the court is defendants' motion to dismiss, filed on November 21, 2013. In their motion, defendants argue that the court lacks jurisdiction over plaintiffs' complaint, and additionally, that the complaint fails to state a claim.

    Although plaintiffs did not file a timely opposition to the motion, they did file a late opposition on December 18, 2013, requesting that the court "allow the plaintiffs to procure the proper legal representation and get an attorney and draft an amended complaint to the court."

    As an initial matter, the court agrees with defendants that the complaint, as currently pled, fails to state a claim. No specific cause of action is clearly stated, and the facts underlying plaintiffs' claim(s) are not clearly set forth. Moreover, it does appear that defendants are correct in arguing that this court lacks jurisdiction over plaintiffs' claims, and that any court challenge to a labor union election must be brought by the Secretary of Labor. See, e.g., Davis v. Turner, 395 F.2d 671 (9th Cir. 1968). Thus, defendants' motion to dismiss is GRANTED. However, based on plaintiffs' request, the court will allow plaintiffs an opportunity to retain counsel and to draft an amended complaint. Any amended complaint must clearly set forth any asserted causes of action, and must establish that this court has jurisdiction over any asserted claims. Plaintiffs shall have until **January 17, 2014**

to obtain counsel, and shall have until **February 14, 2014** to file an amended complaint in accordance with this order.

The January 8, 2014 hearing on defendants' motion to dismiss is VACATED.

**IT IS SO ORDERED.**

Dated: December 20, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge