UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIO SOLORZANO, et al.,

    Plaintiffs,

    v.

OLGA MIRANDA, et al.,

    Defendants.
_____/

No. C 13-4628 PJH

**ORDER RE AMENDED COMPLAINT**

On December 20, 2013, the court entered an order dismissing plaintiffs' complaint with leave to amend.  The court also noted that plaintiffs had requested an opportunity to "procure the proper legal representation and get an attorney and draft an amended complaint to the court."  Accordingly, the court gave plaintiffs until January 17, 2014 to obtain counsel, and until February 14, 2014 to file an amended complaint.

On January 17, 2014, plaintiffs filed a letter with the court.  However, the letter is not entirely clear as to whether plaintiffs have indeed obtained counsel.  The letter starts by explaining that plaintiffs are sending the letter to explain "why we have not found Attorneys," but the end of the letter lists the "Name of the Attorneys," including James M. Miller and John T. Mullen.  Regardless of whether plaintiffs have obtained counsel yet, the deadline of **February 14, 2014** to file an amended complaint remains in effect.  If plaintiffs are not able to file an amended complaint by that date, the court will dismiss the case – however, the dismissal will be without prejudice, to allow plaintiffs a further opportunity to retain counsel and file a new complaint.

**IT IS SO ORDERED.**

Dated: January 24, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge