UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIO SOLORZANO, et al.,

    Plaintiffs,

    v.

OLGA MIRANDA, et al.,

    Defendants.
_____/

No. C 13-4628 PJH

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On December 20, 2013, the court entered an order dismissing plaintiffs' complaint with leave to amend. The court also noted that plaintiffs had requested an opportunity to "procure the proper legal representation and get an attorney and draft an amended complaint to the court." Accordingly, the court gave plaintiffs until January 17, 2014 to obtain counsel, and until February 14, 2014 to file an amended complaint.

On January 17, 2014, plaintiffs filed a letter with the court. See Dkt. 14. The letter was unclear as to whether plaintiffs had retained counsel. In response to plaintiff's January 17, 2014 letter, the court issued an order making clear that the February 14, 2014 deadline for filing an amended complaint remained in effect. Dkt. 15. The court also stated that "[i]f plaintiffs are not able to file an amended complaint by that date, the court will dismiss the case – however, the dismissal will be without prejudice, to allow plaintiffs a further opportunity to retain counsel and file a new complaint." Id.

On February 14, 2014, plaintiffs filed another letter with the court, indicating that they have not yet found an attorney to take their case, but that they "will keep trying to find one until the last moment." Dkt. 16 at 2.

Accordingly, plaintiffs' complaint is DISMISSED without prejudice. As explained in the court's previous order, if plaintiffs are able to retain counsel, they may file a new complaint. See Dkt. 15.

**IT IS SO ORDERED.**

Dated: February 21, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge