UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIO SOLORZANO, et al.,

    Plaintiffs,

    v.

OLGA MIRANDA, et al.,

    Defendants.
_____/

No. C 13-4628 PJH

**JUDGMENT**

The court having granted defendants' motion to dismiss, with leave to amend, and plaintiffs, having been unable to retain counsel and file an amended complaint,

it is Ordered and Adjudged

that the complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 21, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge